IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HARRY WINSTON INC.  
718 Fifth Avenue  
New York, NY 10019  

    Plaintiff,  

v.  

DEREK ANDREW, INC.  
901 104th Ave.  
Bellevue, WA 98004  

    Defendant.

Case No.: 2:12-cv-185

Judge Marbley  
Magistrate Judge King

## ORDER OF DISMISSAL WITH PREJUDICE UNDER FED.R.CIV.P. RULE 41(a)(2)

Plaintiff Harry Winston Inc. and Defendant Derek Andrew, Inc. having entered into a Settlement Agreement with respect to the above-captioned action (a copy of which Agreement is hereby filed with this Court under seal) and stipulating to the dismissal of the above-captioned action with prejudice, the Court hereby Orders the case dismissed but retains exclusive jurisdiction over the Settlement Agreement and all of the parties thereto (and their successors and assigns) for the purpose of its interpretation and enforcement. Each party shall bear its own costs and attorneys fees.

It is so ORDERED this 2 day of May 2012.

The Hon. Algenon Marbley  
United States District Judge

Attorneys for Harry Winston Inc.

By: *[signature]*
Joseph R. Dreitler,
Trial Attorney (0012441)
Mary R. True (0046880)
DREITLER TRUE, LLC
137 E. State Street Columbus, OH 43215
(614) 545-6354
jdreitler@ustrademaklawyer.com
mtrue@ustrademarklawyer.com

Date: 4/13/2012

Attorneys for Derek Andrew, Inc.

By: *[signature]*
Stuart Dunwoody
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
(206) 757-8034
stuartdunwoody@dwt.com

Date: 4/13/2012